AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED
NOV 19 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br>CHARLES ANTHONY WALKER, JR.<br>CHRISTOPHER WELLINGTON BROWN<br>MALIK SHAWN MAYNARD<br>BYRON JACOBEE SPARKS<br>JOEY WAYNE CHAMBERS, JR.<br>*Defendant(s)* | Case No. 2:18-MJ-1105-KS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 28, 2018__ in the county of __Pasquotank__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 1951 and 2 | On or about July 28, 2018, in the Eastern District of North Carolina, the Defendants by force and violence, and by intimidation, aiding and abetting each other, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce and the movement of articles and commodities in such commerce by robbery, that is, unlawfully taking and obtaining personal property from the person and in the presence of another, against that person's will, by means of actual or threatened force of Kay Jewelers located at 3850 Conlon Way, Suite N, Elizabeth City, North Carolina. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

On this day, __Daniel J. Robertson__
appeared before me via reliable electronic means,
was placed under oath, and attested to the contents
of this Complaint.

_Complainant's signature_

Daniel J. Robertson, Special Agent, FBI
*Printed name and title*

Date: 11/19/2018

City and state: __Greenville, North Carolina__

_Judge's signature_

Kimberly A. Swank, United States Magistrate Judge
*Printed name and title*



## PROBABLE CAUSE

1. SUMMARY: Your affiant alleges that on July 28, 2018 CHARLES ANTHONY WALKER, Also Known As (AKA), CHARLES ANTHONY WALKER, JR., AKA "SUPREME", AKA "PREME" (hereafter referred to as WALKER), MALIK SHAWN MAYNARD, CHRISTOPHER WELLINGTON BROWN, JOEY WAYNE CHAMBERS, JR., BYRON JACOBEE SPARKS, and possibly others yet known, conspired to commit an armed robbery of the KAY JEWELERS located in Elizabeth City, NC. On October 11, 2018 your affiant alleges that WALKER, MAYNARD, BROWN, and possibly others yet known conspired to commit an armed robbery of the KAY JEWELERS located in Garner, NC.

2. On July 28, 2018, an armed robbery occurred at KAY JEWELERS located at 3850 Conlon Way, Suite N, Elizabeth City, NC 27909 which is located in the Eastern District of North Carolina (hereafter referred to as EDNC). KAY JEWELERS has numerous stores across the United States and is engaged in Interstate Commerce.

3. Two individuals (UNKNOWN SUBJECT 1 AND UNKNOWN SUBJECT 2, hereafter referred to as UNSUB 1 and UNSUB 2) entered the store and briefly conversed with the two KAY JEWELERS employees working that evening. After a short period of time, UNSUB 1 and UNSUB 2 exited the store. Both employees thought their behavior was odd. A short time after, a third, initially seemingly unrelated person (hereafter referred to as UNSUB 3) entered the store and spoke to both employees about jewelry. A short time later, UNSUB 3 received a telephone call in where he appeared to be talking to a significant other (wife or girlfriend) and said words to the effect that he was "looking at your ring right now", which he repeated.

4. A short time after, UNSUB 1 and UNSUB 2 re-entered the store, this time with handguns. During the commission of the robbery, one of the two victim employees had a firearm forcibly stuck in her back by one of the UNSUBs and was subsequently handcuffed behind her back by the same UNSUB. Your affiant asserts that UNSUB 3 appears to be involved with the robbery based upon the following: 1) though review of in-store video surveillance footage revealed that UNSUB 3 raised his hands as if a victim, your affiant has not uncovered any evidence to date that he attempted to call 911; 2) review of in-store video surveillance revealed when UNSUB 3 exited the store he appeared to act and walk in an unreasonably calm manner for someone who had just witnessed a violent felony; and 3) perhaps most notably, UNSUB 3 received the aforementioned phone call inside the store, and a short time later UNSUB 1 and UNSUB 2 re-entered the store to commence the robbery. This phone call seems to be central to the initiation of the armed robbery. UNSUB 1 and UNSUB 2 left KAY JEWELERS with over $300,000 in valuables.

5. The Elizabeth City Police Department (hereafter referred to as ECPD) responded to the crime scene and collected items at KAY JEWELERS that may have been of forensic/evidentiary value and conducted other logical investigative steps.

6. The day following the robbery, on July 29, 2018, ECPD received a phone call from the Edenton Police Department (hereafter referred to as EPD) regarding a minivan located at the Wendy's at 510 Virginia Road, Edenton, NC 27932, a distance of approximately 26 miles to the south of the KAY JEWELERS robbery location. The minivan was described by ECPD as a light blue 2005 Mazda, bearing NC registration PEK 8605. EPD reported witness information indicating at approximately 9:30 PM on July 28, 2018, the night of the robbery, a van came into

the Wendy's parking lot with tires squealing which seemed suspicious. EPD believed that the van may be connected to the robbery on July 28, 2018.

7. The approximate timeline of events from the time UNSUB 1 and UNSUB 2 first enter to the store to the approximate time that minivan is thought to be abandoned in Edenton is approximately 8:08 PM to 9:35 PM on July 28, 2018, with only a distance of approximately 26 miles between Elizabeth City and Edenton.

8. ECPD sought and obtained a state search warrant to seize and search the vehicle. Items of potential forensic / evidentiary value were collected and sent to the NC State Crime Lab for examination. Investigation into the mini-van revealed it was registered to a TERRY LEE MOORE who was contacted by ECPD. Per ECPD Detective Kevin Burgess, MOORE stated he sold it to a man on Facebook with username "Strap Boutdat" in May, 2017. Investigation has revealed that this username was identified as BYRON JACOBEE SPARKS. Per Detective Burgess the van was not reported stolen.

9. In an effort to generate investigative leads, ECPD released "still" photographs of the suspects as well as "still" photographs of a minivan and a Gold Mercedes Sport Utility Vehicle (SUV) both observed by external surveillance cameras at the time surrounding the robbery and thought to be involved in the same.

10. Subsequent "tip" information received by ECPD suggested a possible nexus to the Charlotte, NC or Greensboro, NC area. More specifically, one "tip" indicated that CHARLES ANTHONY WALKER was involved in the robbery and that WALKER may operate a Gold Mercedes SUV.

11. ECPD sought and obtained a court order for cell site records which was signed by Pasquotank County Superior Court Judge, J. Carlton Cole on September 6, 2018. The records

included cellular telephone tower records for cell towers in both the vicinity of the robbery in Elizabeth City and the location of the abandoned minivan in Edenton, approximately 26 miles to the south. This order covered the time period prior to, during, and following the robbery. Review and analysis of the returned records by FBI Special Agent Michael Sutton, a cellular telephone expert with the FBI's Cellular Analysis Survey Team (CAST), and others, revealed multiple phone numbers of potential interest.

12. One such number was cellular telephone number 336-708-5218 (hereafter referred to as x5218). x 5218 was of interest because it appeared in returned tower data during the approximate time periods of both the robbery in Elizabeth City and vehicle abandonment in Edenton. Furthermore, the phone number had an area code of 336 which is commonly used in the Greensboro, NC area.

13. Additional investigation into x5218 revealed it to be a current cellular phone number on file with NC Department of Public Safety (DPS) - NC Probation and Parole, for JOEY WAYNE CHAMBERS, JR. Contact with Tonya F. Sconyers, a law enforcement officer with NC DPS Probation and Parole and also an FBI Task Force Officer (hereafter referred to as TFO) with Raleigh-Durham Safe Streets Task Force, revealed that CHAMBERS was on electronic monitoring, more specifically ankle monitoring, during the time period of the robbery on July 28 and a relevant time period on July 29, 2018 to be described below. NC DPS often utilizes ankle monitoring to identify the geographic location of an individual as a provision of probation/parole. Ankle monitor data can also be used to develop a "track" that an individual takes. Your affiant reviewed geographic records pertaining to CHAMBERS' ankle monitor and he appeared to be located very close to the aforementioned KAY JEWELERS in Elizabeth City, NC before, during, and after the robbery on July 28, 2018. Furthermore, CHAMBERS' ankle



monitor track showed that he traveled south on US Highway 17 to Edenton after the robbery, and to have been present in the Wendy's parking lot at approximately the same time the aforementioned eyewitness saw a van suspiciously enter the parking lot. A review of the National Crime Information Center (NCIC) for CHAMBERS' criminal history revealed a robbery with a dangerous weapon offense with a disposition date of 12/6/2011, Court Docket 2011CRS081776. The term of confinement imposed was 5 years and 7 months.

14.     x5218 and the same cell site data were examined for other numbers of potential interest. Cellular telephone number 336-324-5250 (hereafter referred to as x5250) was developed as a number of potential interest. Like x5218, x5250 also appeared in returned tower data during the approximate time periods of both the robbery in Elizabeth City and vehicle abandonment in Edenton. Furthermore, x5250 and x5218 appeared to have contacts of varying durations during the relevant time period of the robbery in Elizabeth City and vehicle abandonment in Edenton. Additional investigation into x5250 revealed that it was listed to CHARLES WALKER on a 10/5/2018 pawn ticket from National Jewelry and Pawn #7, located in Raleigh, NC. A pawn ticket is a document generated when an item is pawned and contains specific information regarding the item pawned and the person who pawned it.

15.     Further, x5250 was called from the North Carolina Correctional Institution for Women (hereafter referred to as NCCIW) earlier this year by LADAMMINGO BALDWIN. BALDWIN has been an inmate at NCCIW since March 7, 2018 per records furnished by DPS. BALDWIN is listed with NC Probation and Parole as WALKER's girlfriend. Ongoing liaison with NC DPS indicates that BALDWIN has called x5250 multiple times. Furthermore, based upon analysis conducted by FBI TFO / Greensboro Police Department Detective WC Tyndall, who is familiar with WALKER and his associates, it appears that WALKER was the recipient of



that telephone call and was the user of x5250. Of note, Garner Police Department (hereafter referred to as GPD) Sergeant David Casteline reviewed a recorded jail call between BALDWIN and the user of x5250, believed to be WALKER. The call occurred on July 28, 2018 which was the same day as the KAY JEWELERS robbery in Elizabeth City. BALDWIN appeared to have made the phone call at approximately 3:20 PM, approximately five hours prior to the July 28th robbery of KAY JEWELERS in Elizabeth City. Sergeant Casteline provided your affiant with a summary of the call. In pertinent part, the user of x5250 states he is on a "mission" and more specifically "on a mission out of town." BALDWIN then tells the user of x5250 to be safe and that she loves him to which he responds he loves her too. Based upon the foregoing, your affiant asserts that WALKER was and/or is the user of x5250 and your affiant further alleges the referenced out of town "mission" was the robbery of KAY JEWELERS in Elizabeth City. WALKER is well known in the Greensboro, NC area for violent criminal behavior.

16. An additional number of potential interest identified in the foregoing cell site court order was 336-840-5458 (hereafter referred to as x5458). Like x5218 and x5250, x5458 appeared in returned tower data during the approximate time periods of both the KAY JEWELERS robbery in Elizabeth City, and vehicle abandonment in Edenton, NC. More specifically, x5458 appeared to have had contact with x5250 at the approximate time in-store surveillance footage from the KAY JEWELERS appears to show UNSUB 3 answer a phone call. Furthermore, both KAY JEWELERS employees stated that UNSUB 3 received a phone call briefly before UNSUB 1 and UNSUB 2 re-entered the store to commit the armed robbery.

17. As noted above in Paragraph 8, a state search warrant was obtained for the abandoned mini-van believed to be involved in this robbery. ECPD seized an item of evidence which returned two potential candidates for DNA profile matches. The names pertaining to



these possible matches are MALIK SHAWN MAYNARD and CHRISTOPHER WELLINGTON BROWN. Booking photographs from previous arrests of MAYNARD and BROWN bear a resemblance to still photographs of the in-store robbery surveillance footage from the KAY JEWELERS in Elizabeth City.

18. When queried in the social media site Facebook, x5458 returns to a profile page identified as MALIK MAYNARD. Additional analysis of publically available information on MAYNARD's Facebook profile page reveal that MAYNARD is "Facebook friends" with CHRISTOPHER BROWN, Also Known As (AKA) "BLESS." Analysis of BROWN's Facebook profile page bears a strong resemblance to BROWN, the aforementioned suspect. BROWN appears to maintain an additional Facebook page/profile which may be relevant in a subsequent armed robbery to be described below in Paragraph 39. BROWN "tagged" himself as living the Carrboro, NC area on his Facebook account or accounts and to be in a relationship with JASMIN PARTRIDGE. Like BROWN, PARTRIDGE appears to have a nexus to Carrboro, NC through address records.

19. Following the above captioned robbery and apparent vehicle abandonment, CHAMBERS' ankle monitor revealed a general track westward on US Highway 64 until it nears Zebulon, NC. In the late evening hours of July 28, 2018, and into the early morning hours of July 29, 2018, CHAMBERS' ankle monitor data suggests he was in the vicinity of Zebulon, NC for approximately three hours. Furthermore, the ankle monitor data suggests he may have been on foot for a portion of this time.

20. Investigation has revealed that in the early morning hours of July 29, 2018, an "Assist Motorist" call was received by the Zebulon Police Department (hereafter referred to as ZPD). Your affiant reviewed the "Calls For Service Report" which in pertinent part reads that

there were two people walking away from a vehicle and that two people should be with the vehicle. The report lists a location of MM (believed to be referring to Mile Marker) 436 on Highway 64 West. Furthermore, SHP, believed to be the NC State Highway Patrol, was not available. As SHP was not available, ZPD Officer Christopher Hamm reported that he assisted the stranded vehicle owner in getting gasoline, and also assisted in following the vehicle to a nearby Sheetz gas station, in Zebulon, NC. The license plate associated with the vehicle needing assistance was NC FFJ 2827. Review of NC Department of Motor Vehicle (hereafter referred to as DMV) records has revealed that a 2002 Mercedes Benz Multi-Purpose Vehicle, Vehicle Identification Number (hereafter referred to as VIN) 4JGAB75EX2A322956, with NC license plate NC FFJ 2827 was registered to CHARLES ANTHONY WALKER with a purchase date of May 30, 2018, an issue date of May 31, 2018, and an expiration date of June 15, 2019. Subsequent review of DMV records indicate that the aforementioned vehicle was purchased by a Raleigh, NC man on August 9, 2018.

21. Your affiant and FBI Special Agent Christopher A. Hedges had telephonic contact with Officer Hamm regarding the aforementioned incident. In pertinent part, Officer Hamm first made contact with the aforementioned vehicle and was informed by the front passenger that the vehicle had run out of gas and two other passengers began walking to find gas. Officer Hamm offered to pick up the two passengers walking and take them to get gas. The front passenger then called one of those walking to inform him of the same.

22. Officer Hamm left the vehicle location and encountered the two individuals near East Lake Academy in Zebulon, NC. Officer Hamm gave both individuals a ride to ZPD to obtain a gas can and then drove them to Sheetz to get gasoline. While at Sheetz, Officer Hamm identified one of the two as JOEY CHAMBERS through information provided by CHAMBERS.

The following information was annotated on the report: CHAMBERS, JOEY, 04/09/1995, 4033 TARRANT TRACE (verbatim as written on the report) CIR, HIGH POINT, NC. CHAMBERS and the other individual went inside Sheetz to pay for the gas. Thereafter, Officer Hamm drove them back to their stranded vehicle. Officer Hamm then followed the vehicle back to Sheetz to ensure it arrived and could obtain additional gasoline.

23. Once at Sheetz, Officer Hamm observed four individuals exit the vehicle. He specifically remembered four because he was upset that he did not see the second person when he initially approached the stranded vehicle. Officer Hamm described the front passenger he first encountered as an older black male with gray hair and a northern accent. Officer Hamm described the person walking with CHAMBERS as an older black male. Officer Hamm described the fourth person he initially did not see but later saw at Sheetz as a black male. However, Officer Hamm did not interact with him.

24. FBI Special Agent Christopher A. Hedges made contact with Sheetz's Loss Investigation Team Manager Charlie Lehnen and determined that there was available video for the early morning hours of July 29, 2018 for the Zebulon, NC store also known as Store #416. The video was sent via mail to SA Hedges with a return address of Sheetz Security Operations, Jamie Ashurst, Sheetz Inc., 243 Sheetz Way, Claysburg, PA 16625-8345. Your affiant reviewed portions of the video as well as "stills" provided by Sheetz. The video and "stills" covered the approximate time periods of the initial trip to fill the gasoline can and the subsequent trip to obtain gasoline for the vehicle. During the approximate time period described above, a vehicle similar in style to WALKER's, also described in Paragraphs 9 and 20, pulls alongside a gas pump and four individuals exit. Additional review of video and "stills" revealed an individual was observed inside Sheetz wearing clothing very similar in

appearance to that worn by UNSUB 3 just prior to, and during, the KAY JEWELERS robbery in Elizabeth City.

25. Additionally, an individual similar in size and stature to CHAMBERS was also observed inside Sheetz. As noted previously, Officer Hamm identified CHAMBERS during his interaction with him. CHAMBERS' ankle monitor data also indicates he was very close to this Sheetz during this aforementioned time period. Furthermore, the person resembling CHAMBERS in the Sheetz surveillance footage appeared to be wearing clothing very similar to an individual observed on an external camera in Elizabeth City, at the approximate time period surrounding the aforementioned robbery in Elizabeth City. A third individual is also observed inside the Sheetz at this approximate time. He is similar in appearance to the front passenger described by Officer Hamm. This person also bears a strong resemblance to UNSUB 2, described above as conducting the robbery in Elizabeth City. However, he appears to have changed clothing.

26. Following the events of July 28 and July 29, 2018, additional information has been uncovered suggesting others, both known and possibly unknown, may have benefited from the proceeds of, and/or alleged involvement in, the Elizabeth City and/or Garner, NC KAY JEWELERS robberies. For example, investigation conducted by TFO Tyndall revealed that on August 2, 2018, it appears that BYRON JACOBEE SPARKS pawned four rings at Riverside Pawn of Greensboro, located in Greensboro, NC. TFO Tyndall conducted liaison with Rick Dunn of KAY JEWELERS loss prevention to compare the rings SPARKS pawned to those in the loss inventory from the Elizabeth City robbery. Dunn indicated to TFO Tyndall that three of the pawned rings matched the Elizabeth City robbery inventory (a fourth had been sold). As noted above in Paragraph 8, SPARKS is also believed to have purchased the van that was found

abandoned in Edenton, NC. This is the same van that is noted in Paragraph 17 as having two potential DNA profile matches possibly identifiable with BROWN and MAYNARD.

27. Based upon the totality of the circumstances described herein, your affiant submits that UNSUB 1 is likely identifiable with CHRISTOPHER WELLINGTON BROWN, UNSUB 2 is likely identifiable with MALIK SHAWN MAYNARD, and that UNSUB 3 is likely identifiable with CHARLES ANTHONY WALKER AKA CHARLES ANTHONY WALKER, JR., AKA "SUPREME", AKA "PREME". Furthermore, there is probable cause to believe that JOEY WAYNE CHAMBERS, JR. and BYRON JACOBEE SPARKS were also involved in the armed robbery of the Elizabeth City, NC KAY JEWELERS.

28. On October 11, 2018 at just after 4:00 PM, an armed robbery occurred at the KAY JEWELERS located at 64 Eagle Wing Way, Garner, NC 27529, which is also located in EDNC. Two individuals entered the store with handguns, wearing construction / brightly colored vests. Per a witness statement taken by GPD, the two employees were told by the two UNSUBS which jewelry they wanted and the valuables were placed into a pillowcase that each individual had. The two UNSUBS left with over $300,000 in valuables, per in-store inventory.

29. Subsequent investigation conducted by GPD revealed that on Sunday evening, October 7, 2018, days before the KAY JEWELERS robbery in Garner, an assistant manager working at a Verizon store located at 56 Eagle Wing Way in Garner, NC, near KAY JEWELERS noticed a silver Infiniti sedan in the parking lot acting suspiciously. The assistant manager thought the vehicle was casing. The Verizon employees left as a group at approximately 6:00 PM and the vehicle remained in the parking lot. The assistant manager sent GPD photographs of the vehicle, which were provided to your affiant and reviewed.

There was sufficient light in the pictures and the skies were generally clear. The photographs are of a gray Infiniti four door sedan with tinted windows. Your affiant was able to determine the license plate of the vehicle from the photographs, as was GPD, as NC FHV 5235. Two of the referenced photographs are attached below:

 

30. NC FHV 5325, is registered to CHARLES ANTHONY WALKER, JR, with the same date of birth as CHARLES ANTHONY WALKER, per NC DMV records. The VIN associated with this record in DMV holdings is JNKCV61F29M054571 and further described in the records as a 2009 Infiniti G37 with a purchase date of August 20, 2018.

31. GPD Investigator Hunter Miller examined video surveillance of multiple locations surrounding the Garner robbery time period from businesses in the vicinity of KAY JEWELERS. He documented his findings in a Case Supplement Report or Reports. Some of his findings are described herein. For example, there is a nearby Sheetz located at 40 Cabela Drive in Garner. The rear exit of KAY JEWELERS can be seen from the south side of Sheetz. The suspects walk out of KAY JEWELERS at 4:03 PM. At 4:04 PM a silver four door sedan with tinted windows is seen pulling out of the exit by Famous Toastery. Famous Toastery is located at 52 Eagle Wing Way in Garner. In the video footage the vehicle is seen driving much faster than other vehicles in the area. The vehicle makes two lefts without making any attempt to stop at any stop signs and ultimately leaves the area on US 70 Highway West. Investigator Miller

also met with the manager of Famous Toastery, a nearby business identified above. At approximately 3:59 PM the two suspects wearing orange traffic vests are seen walking from the area of "Rob" Robin (believed to be Red Robin) and walking directly in front of Famous Toastery. At approximately 4:03 PM, the suspects are seen running in front of Famous Toastery and getting into a silver four door sedan with tinted windows. Investigator Miller also reviewed video surveillance from the Verizon store described above. His review of the video surveillance revealed the two suspects cross in front of the store wearing orange vests in the direction of KAY JEWELERS. Several minutes later the suspects are seen running the opposite way, still wearing orange vests. One suspect is seen dropping a gun from his waistband while fleeing. The same suspect then stops and runs back to retrieve the dropped gun. Due to camera angles of this footage, Investigator Miller was not able to clearly see either suspect's face. Investigator Miller later asserts in an affidavit/application for a state search warrant (described below in Paragraph 36) he believes that the sedan they entered was the silver Infiniti (NC License Plate FHV 5325) owned by CHARLES WALKER.

32. On October 18, 2018 GPD sought and obtained an order for cell site information regarding cell towers in the vicinity of the KAY JEWELERS robbery for the approximate time period the robbery occurred. The order was signed in Wake County by Superior Court Judge Bryan Collins.

33. Review of returned data revealed that 336-470-4796 (hereafter referred to as x4796) was a number of interest because it appeared in returned data at the approximate time of the robbery. Your affiant alleges that x4796 is associated with WALKER in multiple ways.

34. For example, a review Car Fax "Vehicle History Report" for a 2009 Infiniti G37, VIN JNKCV61F29M054571, revealed apparent maintenance to the vehicle. The report

was provided to your affiant by law enforcement partners and appeared to have been printed on October 16, 2018. It should be noted that the descriptive data in the Car Fax report is the identical year, model, make, and VIN as listed in DMV records for the suspicious vehicle described in Paragraph 28. The Car Fax report also lists the estimated length owned as 08/20/2018 – present, which aligns with DMV records cited in Paragraph 28. The Car Fax report indicates that the vehicle was taken to Modern Infiniti of Greensboro in September and October, 2018 for maintenance inspections and a serpentine belt replacement. On or about October 17, 2018, TFO Tyndall conducted liaison with Modern Infiniti of Greensboro, NC, and relayed to your affiant that x4796 was left as a point of contact for WALKER. The same Car Fax report listed that the vehicle had maintenance performed on October 13, 2018 at Midas of Richmond in Midlothian, VA. Your affiant conducted liaison with FBI Richmond TFO Joshua Hylton, who subsequently made contact with Midas of Richmond in Midlothian, VA, on October 18, 2018. TFO Hylton interviewed the store owner, Patty Smith, who stated, in pertinent part that the customer driving the Infiniti was traveling from NC to NY. She stated that the customer had a friend with him that was approximately his age. TFO Hylton provided the writer "stills" of video surveillance during WALKER's service. The person in the "stills" is similar in appearance to WALKER. Review of the invoice indicated that WALKER provided x4796 as a point of contact.

35. TFO Tyndall also provided your affiant with recorded jail telephone calls between x4796 and TOMIKA RENEE KELLY-LLOYD, who was an inmate at the Guilford County Jail in the October, 2018 time frame. In an October 12, 2018 recorded jail call, LLOYD refers to the user of x4796 as "PREME" believed to be a shortened version of, "SUPREME", one of many aliases for WALKER and previously described. WALKER then describes that he is

getting service done to his vehicle and he is with "MALIK", possibly identifiable with previously described MALIK SHAWN MAYNARD. "MALIK" then speaks to LLOYD as it appears WALKER passes the phone to him. "MALIK" and LLOYD discuss setting him up with one of her friends. WALKER gets back on the phone and states he is trying to go to NY "right now" then states "instant replay." WALKER then asks if LLOYD knows what he is talking about and she says she does then encourages him to "say less." In an October 13, 2018 recorded jail call, WALKER indicates, again, he is with "MALIK" and that they are on the New Jersey Turnpike. As noted above, witness information indicates that on October 13, 2018 WALKER was on his way to NY from NC when he stopped in Midlothian, VA for vehicle service and he was with a friend.

36. Your affiant is conducting liaison with FBI New York Special Agent Mario S. Russo and FBI NY TFO James Connolly of the New York Police Department (hereafter referred to as NYPD). TFO Connolly is assigned to the NYPD-FBI Joint Major Theft Task Force. TFO Connolly queried license plate NC FFV 5325 for any relevance to NY. TFO Connolly indicated that NC FFV 5325 was recorded by NY metropolitan-area license plate readers (LPRs) on October 13, 2018 in the late afternoon and evening time frame. For example, TFO Connolly relayed the following:

    a. As of correspondence dated November, 5, 2018, in the NYPD system there are five total LPR "hits" for FHV 5325:
        i. 10/13/18: 4:16 PM, Holland Tunnel Inbound
        ii. 10/13/2018: 6:11 PM, Mobile Reader at 6th Avenue and West 47th Street (Parked in the Diamond District)
        iii. 10/13/2018: 6:43 PM FDR Drive, Southbound



  iv. 10/13/2018: 6:48 PM, Brooklyn Bridge

  v. 10/13/2018: 9:31 PM Holland Tunnel Outbound Furthermore,

 b. TFO Connolly provided the below captioned map illustrating the LPR "hits":



37. TFO Tyndall conducted additional investigation into TOMIKA RENEE KELLY-LLOYD which revealed she appeared to have pawned jewelry after the July 28, 2018 KAY JEWELERS robbery in Elizabeth City. TFO Tyndall provided your affiant with pawn tickets from two Greensboro-area pawn shops from August 2, 2018 and August 4, 2018. On August 2, 2018, LLOYD appeared to have pawned two rings at First Cash Pawn #2675 located in Greensboro, NC. LLOYD provided a phone number of 336-587-5789. On August 4, 2018, LLOYD pawned a bracelet at First Cash Pawn #2676, also located in Greensboro, NC. However, on August 4th, LLOYD provided a phone number of 336-419-8005. The pawn tickets display variations in her name as well. For example, the August 2nd pawn ticket lists her as TOMIKA RENEE LLOYD, but two days later on August 4th, she is listed as TOMIKA KELLY-LLOYD. This behavior suggests a desire to possibly obfuscate her identity. TFO Tyndall examined the three items LLOYD pawned and compared them to items stolen in the Elizabeth



City robbery. In TFO Tyndall's professional opinion the items match. LLOYD's apparent contact/relationship with WALKER and MAYNARD, the apparent nature of some of the conversation described above, and the likelihood she pawned items stolen from the Elizabeth City KAY JEWELERS robbery provides additional evidence of WALKER and MAYNARD's role in the captioned robberies.

38.     On October 31, 2018, GPD sought and obtained a state search warrant for information pertaining to x4796, a phone number as previously noted thought to be used by WALKER. The warrant was signed in Wake County by Superior Court Judge A. Graham Shirley, II. Your affiant was provided with information regarding x4796 from analysis conducted by GPD Crime Analyst Caleb Meyers. Analyst Meyers indicated that x4796 was "pinging" off of Carrboro, NC-area cell towers prior to and after the October 11th Garner robbery. More specifically, Analyst Meyers indicated that x4796 appeared in data at approximately 2:31 PM and at approximately 9:41 PM on October 11, 2018, the day of the Garner KAY JEWELERS robbery. As noted above in Paragraph 18, CHRISTOPHER WELLINGTON BROWN appears to have a nexus to the Carrboro, NC area.

39.     In addition to x4796, telephone number 919-923-5450 (hereafter referred to as x5450) appeared in returned cell site data surrounding the time of the Garner KAY JEWELERS robbery. More specifically, x5450 also appeared to be in contact with x4796 at the approximate time of the Garner KAY JEWELERS robbery. A search on Facebook indicated that x5450 was connected to the additional Facebook account for BROWN, previously referenced in Paragraph 18.

40.     Analysis of call detail records for x4796 provided to your affiant by GPD and reviewed by SA Christopher A. Hedges revealed connectivity with x5218 on the day before, the



connected to the additional Facebook account for BROWN, previously referenced in Paragraph 18.

40. Analysis of call detail records for x4796 provided to your affiant by GPD and reviewed by SA Christopher A. Hedges revealed connectivity with x5218 on the day before, the day of, and the day after the October 11, 2018 robbery. As noted above in Paragraph 13, x5218 is believed to be a current phone number for JOEY WAYNE CHAMBERS, JR. whose ankle monitor data and cellular telephone activity suggest he was involved in the robbery of KAY JEWELERS in Elizabeth City.

41. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause in support of the attached Criminal Complaint and does not set forth all of my knowledge about this matter.

Respectfully submitted,

DANIEL J. ROBERTSON
Special Agent
FEDERAL BUREAU OF INVESTIGATION

On this 19th day of November 2018, Daniel Robertson appeared before me via reliable means, was placed under oath, and attested to the contents of this Affidavit.

_____ Kimberly A. Swank
UNITED STATES MAGISTRATE JUDGE