IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:18-CR-37-FL-1
NO. 2:18-CR-37-FL-2
NO. 2:18-CR-37-FL-3
NO. 2:18-CR-37-FL-4
NO. 2:18-CR-37-FL-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| CHARLES ANTHONY WALKER, JR. ) | |
| CHRISTOPHER WELLINGTON BROWN ) | |
| MALIK SHAWN MAYNARD ) | |
| BYRON JACOBEE SPARKS ) | |
| JOEY WAYNE CHAMBERS ) | |

The Grand Jury charges that:

**COUNT ONE**

Beginning at a time unknown but not later than July 28, 2018, continuing thereafter until and including October 11, 2018, in the Eastern District of North Carolina, the defendant(s) CHARLES ANTHONY WALKER, JR., CHRISTOPHER WELLINGTON BROWN, MALIK SHAWN MAYNARD, BYRON JACOBEE SPARKS, and JOEY WAYNE CHAMBERS did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the grand jury to commit offenses against the United States, that is, by force and violence, and by intimidation, to unlawfully obstruct, delay, and

1

affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, that is, unlawfully taking and obtaining personal property from the person and in the presence of another, against that person's will, by means of actual and threatened force, all in violation of Title 18, United States Code, Section 1951.

OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendant(s) CHARLES ANTHONY WALKER, JR., CHRISTOPHER WELLINGTON BROWN, MALIK SHAWN MAYNARD, BYRON JACOBEE SPARKS and JOEY WAYNE CHAMBERS, committed and caused to be committed, in the Eastern District of North Carolina and elsewhere, certain overt acts, including but not limited to the following:

a. From a date unknown but no later than July 28, 2018, the defendant(s) CHARLES ANTHONY WALKER, JR., CHRISTOPHER WELLINGTON BROWN, MALIK SHAWN MAYNARD, BYRON JACOBEE SPARKS, and, JOEY WAYNE CHAMBERS, and others known and unknown to the grand jury, planned an armed robbery of the Kay Jewelers located at 3850 Conlon Way, Suite N, Elizabeth City, North Carolina to take place on July 28, 2018.

b. On or about July 28, 2018, in the Eastern District of North Carolina, the defendant(s) CHARLES ANTHONY WALKER, JR., CHRISTOPHER WELLINGTON BROWN, MALIK SHAWN MAYNARD, BYRON JACOBEE SPARKS and JOEY WAYNE CHAMBERS, and others known and unknown to the grand jury, participated in the armed robbery of the Kay Jewelers at 3850 Conlon Way, Suite N, Elizabeth City, North Carolina.

c. From a date unknown but no later than October 11, 2018, the defendant(s) CHARLES ANTHONY WALKER, JR., CHRISTOPHER WELLINGTON BROWN and MALIK SHAWN MAYNARD, and others known and unknown to the grand jury, planned an armed robbery of the Kay Jewelers located at 64 Eagle Wing Way, Garner, North Carolina to take place on October 11, 2018.

d. On or about October 11, 2018, in the Eastern District of North Carolina, the defendant(s) CHARLES ANTHONY WALKER, JR., CHRISTOPHER WELLINGTON BROWN and MALIK SHAWN MAYNARD, and others known and unknown to the grand jury, participated in the armed robbery of the Kay Jewelers at 64 Eagle Wing Way, Garner, North Carolina.

All in violation of the provision of Title 18, United States Code, Section 1951.

**COUNT TWO**

At all times material to this Count, Kay Jewelers located at 3850 Conlon Way, Suite N, Elizabeth City, North Carolina, was engaged in a commercial retail business in interstate and foreign commerce and was an industry which affects interstate and foreign commerce.

On or about July 28, 2018, in the Eastern District of North Carolina, the defendant(s), CHARLES ANTHONY WALKER, JR., CHRISTOPHER WELLINGTON BROWN, MALIK SHAWN MAYNARD, BYRON JACOBEE SPARKS, and, JOEY WAYNE CHAMBERS, by force and violence, and by intimidation, aiding and abetting each other, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, that is, unlawfully taking and obtaining personal property from the person and in the presence of another, against that person's will, by means of actual and threatened force, as set forth in Title 18, United States Code, Section 1951(b)(1), of Kay Jewelers located at 3850 Conlon Way, Suite N, Elizabeth City, North Carolina to take place on July 28, 2018, all in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT THREE**

On or about July 28, 2018, in the Eastern District of North Carolina, the defendant(s) CHARLES ANTHONY WALKER, JR., CHRISTOPHER WELLINGTON BROWN, and MALIK SHAWN MAYNARD, aiding and abetting each other, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, as alleged in Count Two of this Indictment, did knowingly use and carry firearms(s), and did possess said firearm(s) in furtherance of said crime of violence, and said firearm(s) were brandished, all in violation of Title 18 United States Code Sections 924(c) and 2.

**COUNT FOUR**

At all times material to this Count, Kay Jewelers located at 64 Eagle Wing Way, Garner, North Carolina, was engaged in a commercial retail business in interstate and foreign commerce and was an industry which affects interstate and foreign commerce.

On or about October 11, 2018, in the Eastern District of North Carolina, the defendant(s), CHARLES ANTHONY WALKER, JR., CHRISTOPHER WELLINGTON BROWN, and MALIK SHAWN MAYNARD, aiding and abetting each other, by force and violence, and by intimidation, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in

Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, that is, unlawfully taking and obtaining personal property from the person and in the presence of another, against that person's will, by means of actual and threatened force, as set forth in Title 18, United States Code, Section 1951(b)(1), of Kay Jewelers located at 64 Eagle Wing Way, Garner, North Carolina to take place on October 11, 2018, all in violation of Title 18, United States Code, Section 1951 and 2.

## COUNT FIVE

On or about October 11, 2018, in the Eastern District of North Carolina, the defendant(s) CHRISTOPHER WELLINGTON BROWN and MALIK SHAWN MAYNARD, aiding and abetting each other, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, as alleged in Count Four of this Indictment, did knowingly use and carry firearms(s), and did possess said firearm(s) in furtherance of said crime of violence, and said firearm(s) were brandished, all in violation of Title 18 United States Code Sections 924(c) and 2.

## FORFEITURE NOTICE

The defendant(s) are hereby given notice that upon conviction of the Indictment, defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations.

Upon conviction of Counts One through Five, the defendants shall forfeit to the United States pursuant to title 18, United States Code, Section 924(d), made applicable by Title 28, United States Code, Section 2461(e), any firearm or ammunition involved in or used in a knowing commission of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

FOREPERSON

> **REDACTED VERSION**
> Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

4 DEC 2018
DATE

ROBERT J. HIGDON, JR.
United States Attorney

By: Daniel William Smith
Assistant United States Attorney
Criminal Division

By: Robert J. Dodson
Assistant United States Attorney
Criminal Division

8