IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:18-CR-37-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLES ANTHONY WALKER, JR., ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the undersigned on Defendant's motion to vacate special administrative measures pursuant to 28 C.F.R. § 501.3. [DE-129]. Defendant contends that (1) the restrictions are not authorized by 28 C.F.R. § 501.3, (2) the restrictions violate his right to due process and effective assistance of counsel because they allow him to communicate only with his attorney and not with other staff or agents of his attorney's firm, and (3) the restrictions violate his First Amendment right to freedom of speech because they prevent him from communicating with his family. [DE-129] at 3-9. The Government filed a response and contends that it has not sought to restrict Defendant's communications with agents of his counsel's law firm. [DE-134] at 6. The Government has offered to resubmit a new Inmate Action Restriction Request to clarify that Defendant may communicate with all staff and agents of his counsel's firm. *Id.* To resolve Defendant's second contention, the Government is hereby ordered to submit a new Inmate Action Restriction Request allowing Defendant to communicate with all staff and agents of his attorney's law firm.

The Government requests an evidentiary hearing to resolve the remaining issues. [DE-134] at 7. An evidentiary hearing will be held on **Tuesday, June 18, 2019 at 1:30 p.m.** in

Courtroom 3 of the Alton Lennon Federal Building and Courthouse in Wilmington, North Carolina. The United States Attorney's Office is directed to make the necessary arrangements for Defendant's appearance at the hearing.

SO ORDERED, this the 11th day of June 2019.

_____
Robert B. Jones, Jr.
United States Magistrate Judge