IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:18-CR-37-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES ANTHONY WALKER, JR., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the undersigned on Defendant's motion to rescind the protective order entered on May 21, 2019. [DE-132, -136]. Defendant requests an evidentiary hearing. *Id.* An evidentiary hearing is presently scheduled for Tuesday, June 18, 2019 to address Defendant's motion to vacate Special Administrative Measures ("SAMs"). Defendant asserts that the underlying factual basis for the SAMs and the protective order are similar. Accordingly, the court will hear evidence and arguments related to the protective order at the hearing presently scheduled for **Tuesday, June 18, 2019 at 1:30 p.m.** in Wilmington, North Carolina. The Government is directed to respond to Defendant's motion to rescind the protective order by **Monday, June 17, 2019 at 12:00 p.m.** The United States Attorney's Office is directed to make the necessary arrangements for Defendant's appearance at the hearing.

SO ORDERED, this the 14th day of June 2019.

Robert B. Jones, Jr.
United States Magistrate Judge