IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CRIM. NO.: 2:18-CR-00037-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| CHARLES ANTHONY WALKER, JR. | ) | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the Government's Response in Opposition to Defendant's Motion for Reconsideration, Affidavit in Support thereof and Attachments A-E, filed at Docket Entry 306 be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and counsel for the Defendant.

IT IS SO ORDERED, this 7th day of May, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge