**Motion DENIED.**

This the __7th__ day of ___May___, 20__20__.

/s/Louise W. Flanagan, U.S. District Judge

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NOTHERN DIVISION

### NO.  2:18-CR-00037-1FL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **MOTION FOR** |
| **VS** | : | **RECONSIDERATION OF** |
| | : | **ORDER DENYING MOTION** |
| **CHARLES ANTHONY WALKER** | : | **TO VACATE RESTRICTIONS** |
| **DEFENDANT** | : | **[ DE-201]** |

Now come the defendant by and through the undersigned attorney and moves the Court to reconsider the Order issued on September 13, 2019 [DE-201] denying the defendant's request to have the restrictions placed upon him by Assistant United States Attorney Robert Dodson through the Inmate Action Request (IRA) Form [DE- 129-1] dated February 28, 2019 removed. In support of this motion the undersigned shows unto the court the following:

1.    The defendant has been indicted for  conspiracy to commit Hobbs Act Robbery in violation of 18 USC 1951, two counts of Hobbs Act Robbery and aiding and abetting in violation of 18 USC 1951, 2  and use of a firearm in furtherance of a crime of violence and aid and abetting in violation of 18 USC 924(c), 2.

2.    The defendant waived his detention hearing and is being detained pending his trial.

3.    On February 28, 2019, the government submitted an IAR Form directing the Marshals Service to have the Wake County jail  "restrict phone, visitation, and mail to attorney."

4.    On March 18, 2019, the defendant filed a pro se motion to remove the restrictions placed on him while he is detained. [DE-102]. On May 14, 2019, his then defense