IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:18-CR-37-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHARLES ANTHONY WALKER, JR. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se correspondence regarding counsel and the merits of his case. (DE 337, DE 338). To the extent defendant seeks reconsideration of the court's July 20, 2020, order denying defendant's pro se motion to appoint new counsel, defendant has not demonstrated a basis for reconsideration. With respect to the remainder of the issues raised in defendant's correspondence, where defendant is represented by counsel, and arraignment is set for the September 15, 2020, term of court, defendant is DIRECTED to cease pro se correspondence directly with the court. Defendant shall act only through appointed counsel and not persist in writing to the court directly.

SO ORDERED, this the 3rd day of August, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge