IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:18-CR-37-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHARLES ANTHONY WALKER, JR. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's oral motion to modify in custody restrictions made at the conclusion of trial on December 11, 2020. The court, on consent of the government, allowed the motion in part to provide limited modifications of those restrictions, and it took under advisement the remaining part of the motion, with direction to the government to file a response to the court's order.

In its response, the government confirms that it notified the jail to allow defendant to communicate with two specific individuals, Lavina Suarez ("Suarez") and Angela Broadway ("Broadway"), by letter and telephone. In supplemental response, the government also confirms the availability of video visitation for Suarez and Broadway, subject to registration requirements. Defendant's custody restrictions accordingly are modified in those respects. The government, however, opposes any further lifting or modification of restrictions currently in place, relying upon a declaration of special agent Daniel J. Robertson.

Upon careful consideration of defendant's motion, the government's responses, and the record in this case, where the court has scheduled an expedited sentencing in this matter to take

place February 26, 2020, the court finds good cause to maintain all remaining restrictions currently in place, as affirmed and delineated in the court's September 13, 2019, order. Therefore, defendant's oral motion is DENIED in remaining part.

SO ORDERED, this the 21st day of December, 2020.

                                            LOUISE W. FLANAGAN
                                            United States District Judge