**Motion DENIED**

This the 11th day of September, 2026.

LOUISE W. FLANAGAN, United States District Judge

FILED

AUG 17 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

Mr charles A Walker
#34654-057
F.C.I MC Dowell
P.O BOX 1009
Welch W. Va 24801

Urgent
legal Mail

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH-CAROLINA
310 NEW-BERN AVE.
RALEIGH N.C 27601

CASE NO# 2:18-CR-00037-FL

U.S V. Charles Walker

PETITIONER'S MOTION FOR DISCLOSURE OF MURDERED LAW ENFORCEMENT AND POTENTIAL WITNESSES IDENTITIES

August 8, 2026

comes now this petitioner Mr charles Walker In pursaunt to federal R. crim P. (12(b) Roviaro v. United States 353 U.S. 53. 77 S.Ct 623. 1 L. Ed. 2d 639 (1957) Brady v. Maryland 373 U.S. 83 (1963) Kyles v. Whitley 514 U.S. 419 (1995) and other Authority as well as petitioner's right to due process and right to confrontation clause. Under 6th Amendment and respectfully moves this court for an order compelling the government